ELIZABETH WESTPHAL, AS EXECUTRIX OF THE ESTATE OF WILLIAM WESTPHAL, DECEASED, AND ELIZABETH WESTPHAL, INDIVIDUALLY, PLAINTIFFS-RESPONDENTS, v. LAWRENCE A. GUARINO, DEFENDANT, AND MURRAY WAGMAN, DOMINICK A. SCIALABBA AND STUART J. FRIEDMAN, DEFENDANTS-APPELLANTS.

Argued October 16, 1978—Decided October 31, 1978.

*Mr. Robert P. McDonough* argued the cause for appellants Scialabba and Friedman (*Messrs. McDonough, Murray and Korn,* attorneys).

*Mr. John Zen Jackson* argued the cause for appellant Wagman (*Messrs. Shanley and Fisher,* attorneys).

*Mr. Franklin M. Sachs* argued the cause for respondents (*Messrs. Podvey and Sachs,* attorneys).

PER CURIAM. The judgment is affirmed substantially for the reasons expressed in the opinion of the Appellate Division, 163 *N. J. Super*. 139.

*For affirmance*—Chief Justice HUGHES and Justices MOUNTAIN, SULLIVAN, PASHMAN, CLIFFORD, SCHREIBER and HANDLER—7.

*For reversal*—None.